613 A.2d 1185

**Edward Gleason BARTELL, Jr., a Minor by Karl R. UNDER-HILL, his Guardian, and Edward G. Bartell, Sr., and Patricia L. Bartell, his wife, Individually, Appellants,**

**v.**

**Barry L. STRAUB and Commonwealth of Pennsylvania, Department of Transportation, Appellees.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 1991.

Decided June 17, 1992.

David B. Dowling, Kathleen J. Haynes, for appellants.

Mark E. Morrison, for appellee.

## ORDER

PER CURIAM.

The order of the Commonwealth Court, 134 Pa.Cmwlth. 43, 578 A.2d 72, is reversed in light of this Court's decision in *Crowell v. City of Philadelphia,* —— Pa. ——, 613 A.2d 1178 (1992); and the appellant's motion to remove the nonsuit

416

entered in favor of the Commonwealth, Department of Transportation, is granted.

Accordingly, this case is remanded to the Court of Common Pleas for the 17th Judicial District, Snyder County Branch, for proceedings consistent with this Order.